

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2016

Neal G. Massand
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Lane, Ste. 500
Dallas, Texas 75231
Tel: 972-331-4601
Fax: 972-314-0900
Email: nmassand@nilawfirm.com
WWW.NILAWFIRM.COM

August 24, 2016

*VIA ECF*

District Judge Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 100070

Request GRANTED. The initial pretrial conference currently scheduled for August 26, 2016 at 10:00 a.m. is ADJOURNED until September 30, 2016 at 10:00 a.m.  No further adjournments will be allowed.  On or before September 23, 2016, the parties must file a joint letter with the Court attaching a revised Proposed Schedule and Discovery Plan that takes into account this adjournment.

Re: *GoTech LLC v. Spigen Inc.*, **Civil Action No. 1-16-CV-4944- Joint Request for Adjournment of the Initial Pretrial Conference**

Dear Judge Caproni:

GoTech LLC ("Plaintiff") and Spigen Inc. ("Defendant") seek adjournment of the Initial Pretrial Conference for at least two and a half weeks. Currently the initial pretrial conference is set for Friday August 26, 2016 at 10:00 a.m. Local counsel for Plaintiff will be unavailable that day due to travel and counsel for Defendant will not be available that day because of trial in another case. Thus, counsel for both sides have conflicts with this date for the initial pretrial conference. Therefore, Plaintiff and Defendant respectfully request an extension for at least two and a half weeks which would allow Plaintiff's counsel to return from traveling and Defendant's counsel to finish with trial.

This is the second request for an adjournment and extension of time in this action. Both parties consent to this request as both parties have major conflicts with the current scheduled date for the initial pretrial conference. This request does not affect any other scheduled dates, as the Court has not yet entered a scheduling order. This request has been made at least two business days prior to the deadline as instructed in the individual practices in civil cases. Additionally, this request was made as soon as possible as both parties became fully aware of the conflicts. On behalf of GoTech LLC and Spigen Inc., we hereby respectfully request that Your Honor push back the Initial Pretrial Conference deadline until at least September 15, 2016.

Sincerely,

*/s/ Neal Massand*
Neal Massand
*Attorney for Plaintiff GoTech LLC*

*/s/ Heedong Chae*
Heedong Chae
*Attorney for Defendant Spigen Inc.*

SO ORDERED.    August 25, 2016

*[signature: Valerie Caproni]*

NI, WANG & MASSAND, PLLC | WWW.NILAWFIRM.COM

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE